**People of the State of Illinois, Plaintiff-Appellee, v. R. W. Thompson (Whose First Name Is Unknown to Said Grand Jurors [Impleaded]), Defendant-Appellant.**

**Gen. No. 50,687.** ▆▆▆▆▆▆▆▆

First District, Fourth Division.

December 17, 1965.

Ronald J. Lucaccioni, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. Roger Horsky, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**